IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Jones, Cynthia M

Printed: 7/22/08

Case Number: 06 B 12556
Judge: Wedoff, Eugene R
Filed: 10/3/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: June 5, 2008
Confirmed: December 21, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 23,526.00 |  |
| Secured: |  | 19,847.44 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,438.66 |
| Trustee Fee: |  | 1,239.90 |
| Other Funds: |  | 0.00 |
| Totals: | 23,526.00 | 23,526.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Melvin J Kaplan Esq | Administrative | 3,000.00 | 2,438.66 |
| 2. | CitiFinancial Auto Credit Inc | Secured | 8,835.64 | 2,452.37 |
| 3. | Centrix Financial A/K/A FlatIron Fin | Secured | 24,954.62 | 7,157.91 |
| 4. | Countrywide Home Loans Inc. | Secured | 13,422.55 | 10,207.16 |
| 5. | City Of Chicago | Secured | 476.00 | 30.00 |
| 6. | Countrywide Home Loans Inc. | Secured | 6,658.25 | 0.00 |
| 7. | Vativ Recovery Solutions LLC | Unsecured | 995.42 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 1,079.47 | 0.00 |
| 9. | Centrix Financial A/K/A FlatIron Fin | Unsecured | 0.00 | 0.00 |
| 10. | City Of Chicago | Unsecured | 21.38 | 0.00 |
| 11. | CitiFinancial Auto Credit Inc | Unsecured | 7,505.82 | 0.00 |
| 12. | Peoples Energy Corp | Unsecured | 2,398.25 | 0.00 |
| 13. | Aspire Visa | Unsecured | 1,080.24 | 0.00 |
| 14. | Resurgent Capital Services | Unsecured | 642.36 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 1,564.51 | 0.00 |
| 16. | Internal Revenue Service | Priority |  | No Claim Filed |
| 17. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 18. | Capital One | Unsecured |  | No Claim Filed |
| 19. | Great American Finance Company | Unsecured |  | No Claim Filed |
|  |  |  | $ 72,634.51 | $ 22,286.10 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4.8% | 366.98 |
| 5.4% | 781.92 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Jones, Cynthia M

Printed:  7/22/08

Case Number:  06 B 12556
Judge:  Wedoff, Eugene R
Filed:  10/3/06

                 6.5%               91.00
                                _____
                             $ 1,239.90

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                Marilyn O. Marshall, Trustee, by:

